IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSE DUPREE,

    Plaintiff,                  No. CIV S-10-2902 KJM P

    vs.

JULIE CHEN, et al.,

    Defendants.           <u>ORDER</u>

                          /

            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On November 8, 2010, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

            Plaintiff has also filed a motion for an order directing the prison to treat him as a preferred legal user for purposes of law library access.  Plaintiff does not allege that he is under a present obligation to submit documents requiring legal research within a time certain and thus

1

1 has not demonstrated that his right of access to the courts is being impaired.  The court will not
2 set a deadline merely for the purpose of insuring the plaintiff additional library time.
3         In accordance with the above, IT IS HEREBY ORDERED that:
4         1. Plaintiff shall submit, within thirty days from the date of this order, a certified
5 copy of his prison trust account statement for the six month period immediately preceding the
6 filing of the complaint.  Plaintiff's failure to comply with this order will result in a
7 recommendation that this action be dismissed without prejudice.
8         2. The Clerk of the Court is directed to send plaintiff a new Application to
9 Proceed In Forma Pauperis By a Prisoner.
10         3. Plaintiff's motion for an order directing that he be given preferred legal user
11 status (Docket No. 6) is denied.
12 DATED: November 30, 2010.

_____
U.S. MAGISTRATE JUDGE

2/mp
dupr2902.3e